In the Matter of DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Appellant, against JOHN O'TOOLE, Owner.   DOVER HOMES, INC., Respondent.— Order granting respondent's motion to vacate and cancel a notice of lien against respondent's property for repairs to sewers, affirmed, with $10 costs and

disbursements. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.